PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 MAR 24 PM 2:06

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.                     Docket # 8:95CR44

Robert Lee Chatman

On September 5, 1996, Robert Lee Chatman was sentenced to 120 months custody, followed by 48 months supervised release. The period of supervised release commenced December 31, 2003. Mr. Chatman has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Robert Lee Chatman be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th day of March, 2006.

The Honorable Lyle E. Strom
United States District Judge